FILED '10 SEP 10 06:52 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHARON L. NEYMAN, )
                         )
       Plaintiff, )
                         )   Civil No. 09-495-TC
                         )
  v.                    )
                         )   ORDER
MICHAEL J. ASTRUE, Commissioner)
Social Security Administration,)
                         )
       Defendant. )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 28, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 28, 2010, in its entirety. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 9th day of Sept., 2010.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER